STATE OF LOUISIANA

VERSUS

CLEVERN GRANGER

NO. 23-KH-38

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

March 06, 2023

Linda Wiseman
First Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Fredericka Homberg Wicker,
Jude G. Gravois, and Robert A. Chaisson

### REHEARING NOT CONSIDERED

**JGG**
**FHW**
**RAC**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

**GRAVOIS, J.**

Relator, Clevern Granger, filed an Application for Rehearing in this Court in the above-captioned writ application on or about February 27, 2023 from a disposition from this Court denying said writ application, dated February 1, 2023.

For the following reasons, **IT IS ORDERED** that the Application for Rehearing is **HEREBY NOT CONSIDERED.** The Application for Rehearing is untimely as per Uniform Rules, Courts of Appeal ("URCA"), Rule 4-9 ("Rule 2-18 shall apply to requests for rehearing related to writ applications."), and Rule 2-18.2 ("(1) In cases governed by the Code of Criminal Procedure, an application for rehearing shall be filed with the clerk *on or before fourteen days after the rendition of the judgment.* … (3) No extension of time for filing an application for rehearing shall be granted."). [Emphasis added.] Further, the Application for Rehearing is not considered as per URCA Rule 4-9 and Rule 2-18.7 "(An application for rehearing shall be considered *only* in cases where the court has: (1) Granted a writ application on the merits; (2) Dismissed an appeal; or (3) Ruled on the merits of an appeal.") [Emphasis added.], as this Court's February 1, 2023 disposition *denied* the above-captioned writ application.

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
CORNELIUS E. REGAN, PRO TEM

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY <u>03/06/2023</u> TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**23-KH-38**

*CURTIS B. PURSELL*
CLERK OF COURT

## E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Frank A. Brindisi (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

## MAILED

Clevern Granger #587600 (Relator)
Dixon Correctional Institute
Post Office Box 788
Unit-2 Dorm
Jackson, LA 70748